IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JESSE JAMES**                                                                           **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:15CV285-HTW-LRA**

**SAFEWAY INSURANCE COMPANY**                               **DEFENDANT**

### AGREED ORDER EXTENDING DEADLINE FOR REMAND DISCOVERY

THIS MATTER is before the Court on the motion of Plaintiff Jesse James for an extension of time to conduct remand related discovery, and the Court has been advised that the parties are in agreement, and has been otherwise fully advised in the premises.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. This Court has jurisdiction over the parties and the subject matter herein.

2. That the parties are hereby granted an additional sixty (60) days from October 23, 2015 within which to conduct remand related discovery in this matter.

SO ORDERED AND ADJUDGED this the 22nd day of October, 2015.

                                                           s/ HENRY T. WINGATE
                                                           UNITED STATES DISTRICT JUDGE

AGREED:

| /s/ Kelley M. Berry | /s/ Lawrence J. Tucker |
|---|---|
| KELLEY M. BERRY, MSB #99116 | H. SCOTT SPRAGINS, MSB #7748 |
| ATTORNEY FOR PLAINTIFF | LAWRENCE J. TUCKER, JR., MSB #100869 |
| | ATTORNEY FOR DEFENDANT |
| | SAFEWAY INSURANCE COMPANY |